IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAY L. SELLERS,

      Plaintiff,                                  No. CIV S-07-0496 LKK GGH PS

      vs.

LEIGH, THE CAFÉ DIVA, et al.,

      Defendants.

_____/

      On March 14, 2007, plaintiff filed a complaint, and on March 26, 2007, plaintiff filed an amended complaint. However, plaintiff has not (1) paid the fee required to file an action in this court, or (2) filed an application to proceed in forma pauperis without prepayment of the filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to submit either the appropriate filing fee or an affidavit in support of a request to proceed in forma pauperis.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within twenty days from the date of this order, the appropriate filing fee or a completed application and affidavit to proceed in forma pauperis; plaintiff's failure to comply with this order will result in a recommendation this action be dismissed; and

1

Dockets.Justia.com

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis.

DATED: 3/30/07                             /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH5:Sellers0496.ord