IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAY L. SELLERS,

      Plaintiff,                       No. CIV S-07-0496 LKK GGH PS

    vs.

LEIGH, THE CAFÉ DIVA, et al.,

      Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        By order filed March 30, 2007, plaintiff was ordered to submit the appropriate filing fee or a completed application and affidavit to proceed in forma pauperis within twenty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The twenty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings

1  and Recommendations." Plaintiff is advised that failure to file objections within the

2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951

3  F.2d 1153 (9th Cir. 1991).

4  DATED: 6/27/07

                                                      /s/ Gregory G. Hollows

                                                      UNITED STATES MAGISTRATE JUDGE

6  GGH:035
   sellers.fifp